FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>JENNIFER ELLEN SCHULTZ,<br><br><br><br>                        Debtor(s). | Case No.: 20-10691-A-13<br><br>DCN: FW-2<br><br>Chapter 13<br><br>EXHIBITS FOR INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331<br><br>**DATE:   January 28, 2021**<br>**TIME:   9:30 a.m.**<br>**PLACE: U.S. Courthouse, 5th Floor**<br>           **2500 Tulare Street**<br>           **Fresno, California 93721**<br>**JUDGE: Honorable Jennifer E. Niemann** |

| SUMMARY OF EXHIBITS | | Page No. |
|---|---|:---:|
| Exhibit A | Narrative Summary | 2 |
| Exhibit B | Itemized Time Entry by Date and Itemized Costs | 6 |
| Exhibit C | Itemized Time Entries by Project | 12 |
| Exhibit D | Fee Agreement | 18 |
| Exhibit E | Debtor(s) Consent | 24 |

# EXHIBIT A

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>JENNIFER ELLEN SCHULTZ,<br><br><br><br>Debtor(s). | Case No.: 20-10691-A-13<br><br>DCN: FW-2<br><br>Chapter 13<br><br>EXHIBIT A: NARRATIVE FOR INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331<br><br>DATE:   January 28, 2021<br>TIME:   9:30 a.m.<br>PLACE: U.S. Courthouse, 5th Floor<br>           2500 Tulare Street<br>           Fresno, California 93721<br>JUDGE: Honorable Jennifer E. Niemann |

**B501 - Pre-petition Consultation and Fact Gathering**

Applicant consulted with the debtor prior to the filing of the bankruptcy, prepared the legal services agreement, an analyzed case issues in preparation for signing.

**Total Hours:** __1.40__ **/ Total Fees:** __$448.00__

**B502 - Preparation of Voluntary Petition, Schedules and Form 22C**

Applicant prepared all necessary documents for the filing of this bankruptcy matter, and conferred with the debtor to prepare and finalize those documents.

**Total Hours:** __7.20__ **/ Total Fees:** __$1,138.00__

**B503–Independent Verification of Information**

Applicant exercised due diligence in preparing and verifying the facts necessary to prepare the bankruptcy petition and other documents for the filing of the bankruptcy.

**Total Hours:** __4.60__ **/ Total Fees:** __$614.00__

**B510–341 Preparation and Attendance**

Applicant communicated with the debtor regarding 341 issues, and appeared with debtor at the 341 meeting of the creditors.

**Total Hours:   2.10   / Total Fees:   $672.00   **

**B520 - Claim Administration and Claim Objections**

Applicant reviewed and analyzed various creditor correspondence and a Notice of Post-Petition Fees, and communicated with the debtor regarding these issues. Applicant also analyzed the Notice of Filed Claims and communicated with the debtor regarding the same.

**Total Hours:   1.80   / Total Fees:   $496.00   **

**B530 - Original Plan, Hearings, Objections**

Applicant prepared the initial plan with the voluntary petition and other documents initiating this bankruptcy matter.  After filing, Applicant conferred with the debtor regarding plan issues and documents for confirmation, and analyzed correspondence from the Chapter 13 trustee.

**Total Hours:   1.10   / Total Fees:   $330.00   **

**B531–1st Amended or Modified Plan, Motions, Objections**

After the case was filed, the COVID-19 pandemic caused the debtor's income to temporarily decrease.  As a result, Applicant worked with the debtor to prepare and file the First Modified Plan to account for that temporary decrease.  Applicant prepared all the documents necessary for plan confirmation, communicated with the Chapter 13 trustee regarding issues of plan confirmation and a related motion to dismiss, and worked with the Chapter 13 trustee to prepare the order confirming the plan.

**Total Hours:   3.70   / Total Fees:   $1,118.00   **

**B532–2nd Amended or Modified Plan, Motions, Objections**

Due to financial setbacks after confirmation of the First Modified Plan, Debtor fell behind on plan payments.  Applicant worked with the Debtor to prepare and file the Second Modified Plan, which at the time of this fee application has been set for confirmation hearing on January 28, 2021.

**Total Hours:   1.90   / Total Fees:   $608.00   **

**B540 –Motions to Dismiss**

Applicant analyzed and communicated with the debtor regarding a motion to dismiss filed by the Chapter 13 trustee, communicated with the debtor regarding that motion, and worked with the debtor to

prepare an opposition to that motion. Applicant subsequently appeared at the hearing on the motion to dismiss, which was withdrawn.

Applicant also analyzed a Notice of Default filed by the trustee, which was withdrawn.

**Total Hours:  2.50  / Total Fees:  $800.00**

**B570 – Fee Application**

Applicant prepared this instant application for fees and expenses.

**Total Hours:  3.50  / Total Fees:  $636.00**

**B590 – Case Administration**

Applicant worked with the debtor to compile the necessary documentation for the trustee and communicated with creditors and the debtor regarding bankruptcy filing.  Applicant also communicated with various interested parties regarding bankruptcy filing issues. In addition, Applicant communicated with debtor regarding the educational certificate, filing the same with the court.

**Total Hours:  3.50  / Total Fees:  $636.00**

# EXHIBIT

# B



Peter L. Fear    |   pfear@fearlaw.com
Gabriel J. Waddell    |   gwaddell@fearlaw.com
Peter A. Sauer    |   psauer@fearlaw.com
Katie Waddell    |   kwaddell@fearlaw.com

Schultz/Jennifer
1422 Via Fraga
Gustine, CA 95322

Invoice Period: 02-03-2020 - 12-14-2020

**RE: In re Jennifer Schultz, Case No. 20-10691-A-13**

**Time Entries**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-03-2020 | GJW | Consultation with potential client regarding bankruptcy. | 0.70 | 320.00 | 224.00 |
| 02-06-2020 | GJW | Review e-mail (x2) and e-mail client (x2) regarding filing, timeline, sale date; analyze issues regarding same. | 0.40 | 320.00 | 128.00 |
| 02-12-2020 | KJS | Email with client regarding documents required for filing. | 0.20 | 100.00 | 20.00 |
| 02-12-2020 | GJW | Prepare legal services agreement. | 0.10 | 320.00 | 32.00 |
| 02-12-2020 | GJW | Review e-mail and e-mail client regarding filing issues. | 0.20 | 320.00 | 64.00 |
| 02-18-2020 | KJS | Meet with client regarding documents required for filing. | 0.90 | 100.00 | 90.00 |
| 02-18-2020 | KJS | Prepare bankruptcy schedules for case filing. | 1.10 | 100.00 | 110.00 |
| 02-18-2020 | KJS | Exercise due diligence by examining original documents. | 0.20 | 100.00 | 20.00 |
| 02-19-2020 | KJS | Exercise due diligence by preparing schedules E/F for case filing. | 0.50 | 100.00 | 50.00 |
| 02-19-2020 | KJS | Exercise due diligence by preparing schedules A/B for case filing. | 1.20 | 100.00 | 120.00 |
| 02-19-2020 | KJS | Exercise due diligence via online research. | 0.20 | 100.00 | 20.00 |
| 02-19-2020 | KJS | Prepare bankruptcy schedules for case filing. | 0.40 | 100.00 | 40.00 |
| 02-19-2020 | KJS | Email with client regarding documents for filing. | 0.20 | 100.00 | 20.00 |
| 02-20-2020 | KJS | Review and respond to client's email. x4. | 0.20 | 100.00 | 20.00 |
| 02-20-2020 | KJS | Analyze and prepare chart of client's income. | 0.40 | 100.00 | 40.00 |
| 02-20-2020 | KJS | Exercise due diligence by examining original documents. | 0.40 | 100.00 | 40.00 |
| 02-20-2020 | KJS | Prepare bankruptcy schedules for case filing. | 0.90 | 100.00 | 90.00 |
| 02-20-2020 | GJW | Review documents and analyze case issues. | 0.20 | 320.00 | 64.00 |
| 02-24-2020 | KJS | Email with client regarding credit counseling certificate. | 0.10 | 100.00 | 10.00 |
| 02-26-2020 | KJS | Prepare bankruptcy documents for filing. | 0.30 | 100.00 | 30.00 |
| 02-26-2020 | KJS | Email with client regarding documents for filing. x2 | 0.20 | 100.00 | 20.00 |
| 02-26-2020 | KJS | Exercise due diligence by examining original documents. | 0.50 | 100.00 | 50.00 |
| 02-27-2020 | KJS | Exercise due diligence by examining original | 0.50 | 100.00 | 50.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | documents. | | | |
| 02-27-2020 | KJS | Meet with client regarding documents required for filing. | 0.80 | 100.00 | 80.00 |
| 02-27-2020 | KJS | File bankruptcy petition with the court. | 0.30 | 100.00 | 30.00 |
| 02-27-2020 | KJS | Draft and send fax (x3) to foreclosure company regarding bankruptcy filing. | 0.40 | 100.00 | 40.00 |
| 02-27-2020 | GJW | Prepare for signing. | 0.50 | 320.00 | 160.00 |
| 02-27-2020 | GJW | Conference with client concerning bankruptcy petition and documents for filing. | 1.90 | 320.00 | 608.00 |
| 02-27-2020 | GJW | Letter to attorney regarding filing. | 0.10 | 320.00 | 32.00 |
| 03-04-2020 | KJS | Prepare and email client regarding trustee documents. | 0.70 | 100.00 | 70.00 |
| 03-05-2020 | KJS | Prepare 521 documents for the trustee's review. | 0.10 | 100.00 | 10.00 |
| 03-10-2020 | KJS | Upload to trustee's website and email trustee's staff regarding 521 documents. | 0.20 | 100.00 | 20.00 |
| 03-16-2020 | GJW | Letter to client regarding debt collection evidence recording. | 0.10 | 320.00 | 32.00 |
| 03-16-2020 | GJW | Review documents and analyze issues regarding correspondence from Caliber. | 0.10 | 320.00 | 32.00 |
| 03-16-2020 | GJW | Review documents and analyze issues regarding correspondence from Wells Fargo. | 0.10 | 320.00 | 32.00 |
| 04-02-2020 | GJW | Review e-mail and documents regarding correspondence received; analyze issues and e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 04-08-2020 | GJW | Review documents and analyze issues regarding correspondence from Caliber. | 0.10 | 320.00 | 32.00 |
| 04-15-2020 | KJS | Attempt call, email, and respond to client's email regarding debtor educational certificate. | 0.10 | 100.00 | 10.00 |
| 05-01-2020 | GJW | Review documents and analyze issues regarding amended meeting of creditor notice. | 0.20 | 320.00 | 64.00 |
| 05-01-2020 | GJW | Letter to client regarding amended meeting of creditor notice. | 0.30 | 320.00 | 96.00 |
| 05-20-2020 | GJW | Review documents and analyze issues regarding Caliber Home Loans proof of claim. | 0.20 | 320.00 | 64.00 |
| 05-22-2020 | GJW | Telephone call with client regarding meeting of creditors. | 0.10 | 320.00 | 32.00 |
| 05-22-2020 | GJW | Review documents and analyze issues regarding meeting of creditors; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 05-26-2020 | KJS | Upload declaration regarding client's identification documents to the trustee's website. | 0.10 | 100.00 | 10.00 |
| 05-26-2020 | GJW | Prepare for meeting of creditors. | 0.60 | 320.00 | 192.00 |
| 05-26-2020 | GJW | Telephone call with client regarding meeting of creditors issues. | 0.20 | 320.00 | 64.00 |
| 05-26-2020 | GJW | Appear with debtor at meeting of creditors. | 0.50 | 320.00 | 160.00 |
| 05-26-2020 | GJW | Telephone call and videoconference with client regarding ID documents. | 0.20 | 320.00 | 64.00 |
| 05-26-2020 | GJW | Review e-mail and documents and analyze issues regarding affidavit of IDs; prepare same; e-mail trustee's office regarding same. | 0.30 | 320.00 | 96.00 |
| 05-27-2020 | GJW | Review e-mail and e-mail client regarding plan modification meeting. | 0.10 | 320.00 | 32.00 |
| 05-31-2020 | GJW | Review e-mail and e-mail client regarding meeting. | 0.10 | 320.00 | 32.00 |
| 06-01-2020 | GJW | Conference with client concerning plan issues, amending schedules. | 0.60 | 320.00 | 192.00 |
| 06-01-2020 | GJW | Review e-mail and documents and analyze issues regarding order confirming plan; prepare same; e-mail trustee regarding same. | 0.30 | 320.00 | 96.00 |
| 06-01-2020 | KJS | File supplemental schedules I and J with the court. | 0.20 | 100.00 | 20.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-05-2020 | GJW | Review documents and analyze issues regarding motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 06-05-2020 | GJW | E-mail client regarding motion to dismiss (x2); review e-mail regarding same. | 0.30 | 320.00 | 96.00 |
| 06-05-2020 | GJW | Letter to client regarding motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 06-12-2020 | KJS | Review order confirming plan and analyze issues regarding plan requirements. | 0.10 | 100.00 | 10.00 |
| 06-22-2020 | GJW | Review documents and analyze issues regarding correspondence from the Chapter 13 trustee. | 0.10 | 320.00 | 32.00 |
| 06-26-2020 | GJW | Review e-mail (x2) and documents regarding modified plan options, motion to dismiss; analyze issues regarding same; e-mail client (x3) regarding same. | 0.40 | 320.00 | 128.00 |
| 06-29-2020 | GJW | Review e-mail regarding income, plan issues. | 0.10 | 320.00 | 32.00 |
| 06-29-2020 | GJW | Conference with client concerning plan modification, response to motion to dismiss. | 1.30 | 320.00 | 416.00 |
| 06-29-2020 | GJW | Prepare documents for plan modification. | 0.40 | 320.00 | 128.00 |
| 06-29-2020 | GJW | Prepare opposition to trustee's motion to dismiss. | 0.20 | 320.00 | 64.00 |
| 06-29-2020 | GJW | E-mail client regarding plan payments. | 0.10 | 320.00 | 32.00 |
| 06-30-2020 | GJW | Review documents and analyze issues regarding Notice of Post-Petition Fees; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 07-02-2020 | GJW | Review documents and analyze issues regarding correspondence from Caliber Home Loans. | 0.10 | 320.00 | 32.00 |
| 07-08-2020 | GJW | Analyze issues regarding Notice of Default. | 0.10 | 320.00 | 32.00 |
| 07-08-2020 | GJW | E-mail client regarding Notice of Default, withdrawal; review e-mail regarding same. | 0.10 | 320.00 | 32.00 |
| 07-15-2020 | GJW | Review documents and analyze issues regarding court's predisposition continuing hearing on motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 07-16-2020 | GJW | E-mail client regarding continuation of hearing on motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 08-10-2020 | GJW | Review documents and analyze issues regarding court's predisposition, plan payments; e-mail trustee's office and review e-mail regarding same. | 0.40 | 320.00 | 128.00 |
| 08-11-2020 | GJW | Analyze issues regarding Court Call confirmation. | 0.10 | 320.00 | 32.00 |
| 08-12-2020 | GJW | Review documents and analyze issues regarding withdrawal of motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 08-12-2020 | GJW | Appear in court regarding motion to dismiss, plan modification. | 0.50 | 320.00 | 160.00 |
| 08-12-2020 | GJW | E-mail client regarding plan modification. | 0.10 | 320.00 | 32.00 |
| 08-17-2020 | GJW | Review documents and analyze issues regarding Notice of Post-Petition Mortgage Fees. | 0.10 | 320.00 | 32.00 |
| 08-21-2020 | GJW | Review e-mail and documents and analyze issues regarding order confirming First Modified Plan; prepare same; e-mail trustee's office regarding same. | 0.30 | 320.00 | 96.00 |
| 09-08-2020 | KJS | Review order confirming first modified plan and analyze issues regarding plan requirements. | 0.10 | 100.00 | 10.00 |
| 09-15-2020 | GJW | Analyze issues regarding filed claims. | 0.10 | 320.00 | 32.00 |
| 09-15-2020 | GJW | Letter to client regarding filed claims. | 0.10 | 320.00 | 32.00 |
| 09-15-2020 | KTW | Review notice of filed claims and analyze issues regarding plan funding. | 0.80 | 220.00 | 176.00 |
| 09-17-2020 | KJS | Telephone call (left message too) and email with client regarding Debtor Educational Certificate. | 0.10 | 100.00 | 10.00 |
| 10-02-2020 | KJS | Telephone call and email with client regarding Debtor Educational Certificate. | 0.10 | 100.00 | 10.00 |
| 10-03-2020 | GJW | Review documents and e-mail and analyze issues regarding the debtor's education certificate. | 0.10 | 320.00 | 32.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-05-2020 | KJS | File debtor educational certificate with the court. | 0.10 | 100.00 | 10.00 |
| 11-04-2020 | KJS | Draft interim fee applications and supporting documents. | 1.10 | 100.00 | 110.00 |
| 11-06-2020 | GJW | Letter to client regarding Notice of Default. | 0.10 | 320.00 | 32.00 |
| 11-07-2020 | GJW | Prepare interim fee application; review documents and analyze issues regarding same; draft narrative regarding same. | 1.10 | 320.00 | 352.00 |
| 11-13-2020 | KJS | Revise interim fee application and supporting documents. | 0.20 | 100.00 | 20.00 |
| 11-30-2020 | GJW | Review documents and analyze issues regarding payments on Notice of Default. | 0.10 | 320.00 | 32.00 |
| 11-30-2020 | GJW | Review documents and analyze issues regarding correspondence from settlement administration. | 0.20 | 320.00 | 64.00 |
| 11-30-2020 | GJW | E-mail client regarding Notice of Default, case issues (x2). | 0.20 | 320.00 | 64.00 |
| 12-02-2020 | GJW | Review e-mail and analyze issues regarding Notice of Default. | 0.10 | 320.00 | 32.00 |
| 12-02-2020 | GJW | Telephone call with client regarding Notice of Default. | 0.30 | 320.00 | 96.00 |
| 12-02-2020 | GJW | Review documents and analyze issues regarding fee application issues. | 0.20 | 320.00 | 64.00 |
| 12-02-2020 | KJS | Revise interim fee application and supporting documents. | 0.70 | 100.00 | 70.00 |
| 12-04-2020 | GJW | Review e-mail and e-mail client regarding plan modification, meeting. | 0.20 | 320.00 | 64.00 |
| 12-08-2020 | GJW | Review e-mail and e-mail client regarding meeting issues. | 0.10 | 320.00 | 32.00 |
| 12-08-2020 | KJS | Revise interim fee application and analyze hearing date in light of court deadlines. | 0.20 | 100.00 | 20.00 |
| 12-09-2020 | GJW | Conference with client concerning Second Modified Plan. | 1.10 | 320.00 | 352.00 |
| 12-09-2020 | GJW | Prepare supporting documents for plan confirmation; instruct staff regarding same. | 0.50 | 320.00 | 160.00 |
| | | **Total** | | | 7,496.00 |

## Blended Rate Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Gabriel J. Waddell | 18.50 | 320.00 | 5,920.00 |
| Katie Waddell | 0.80 | 220.00 | 176.00 |
| Kayla Schlaak | 14.00 | 100.00 | 1,400.00 |
| **Total** | 33.30 | | 7,496.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 02-27-2020 | Online research; UCC search. | 5.00 |
| 02-27-2020 | Filing Fee | 310.00 |
| 02-27-2020 | Copying | 2.70 |
| 02-27-2020 | Postage | 1.20 |
| 03-10-2020 | Postage | 0.55 |
| 03-11-2020 | Postage | 3.40 |
| 03-16-2020 | Postage | 0.55 |
| 03-18-2020 | Postage | 0.55 |
| 03-18-2020 | Postage | 0.65 |
| 05-01-2020 | Postage | 0.55 |
| 06-01-2020 | Postage | 2.50 |
| 06-01-2020 | Copying | 5.25 |
| 06-05-2020 | Postage | 0.55 |

| Date | Description | Amount |
|------|-------------|-------:|
| 06-30-2020 | Copying | 102.75 |
| 06-30-2020 | Postage | 39.50 |
| 07-01-2020 | Postage | 1.65 |
| 07-01-2020 | Copying | 2.70 |
| 08-12-2020 | CourtCall fee | 22.50 |
| 09-16-2020 | Postage | 0.55 |
| 11-06-2020 | Postage | 0.55 |
| 11-30-2020 | Postage | 0.55 |
| 12-01-2020 | Postage | 0.55 |
| 12-10-2020 | Postage | 39.50 |
| 12-10-2020 | Copying | 102.00 |
| | **Total Expenses** | 646.25 |

## Expense Summary

| Expense | Amount |
|---------|-------:|
| Copying | 215.40 |
| Court fees | 332.50 |
| Online research | 5.00 |
| Postage | 93.35 |
| **Total Expenses** | 646.25 |

|  |  |
|---|---:|
| **Total for this Invoice** | 8,142.25 |
| Payment from Trust on 02-27-2020 | (4,000.00) |
| **Current Account Balance** | 4,142.25 |
| Trust Balance | 0.00 |
| **Total Amount to Pay as of 12-15-2020** | 4,142.25 |

# EXHIBIT
# C



**Fear Waddell, PC**

Peter L. Fear        | pfear@fearlaw.com
Gabriel J. Waddell   | gwaddell@fearlaw.com
Peter A. Sauer       | psauer@fearlaw.com
Katie Waddell        | kwaddell@fearlaw.com

Schultz/Jennifer
1422 Via Fraga
Gustine, CA 95322

## Time Entries

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| B501 - Pre-petition Consultation and Fact Gathering | | | | | |
| 02-03-2020 | GJW | Consultation with potential client regarding bankruptcy. | 0.70 | 320.00 | 224.00 |
| 02-06-2020 | GJW | Review e-mail (x2) and e-mail client (x2) regarding filing, timeline, sale date; analyze issues regarding same. | 0.40 | 320.00 | 128.00 |
| 02-12-2020 | GJW | Prepare legal services agreement. | 0.10 | 320.00 | 32.00 |
| 02-12-2020 | GJW | Review e-mail and e-mail client regarding filing issues. | 0.20 | 320.00 | 64.00 |
| | | | 1.40 | | 448.00 |
| B502 - Preparation of Voluntary Petition, Schedules & Form 22C | | | | | |
| 02-12-2020 | KJS | Email with client regarding documents required for filing. | 0.20 | 100.00 | 20.00 |
| 02-18-2020 | KJS | Meet with client regarding documents required for filing. | 0.90 | 100.00 | 90.00 |
| 02-18-2020 | KJS | Prepare bankruptcy schedules for case filing. | 1.10 | 100.00 | 110.00 |
| 02-19-2020 | KJS | Prepare bankruptcy schedules for case filing. | 0.40 | 100.00 | 40.00 |
| 02-19-2020 | KJS | Email with client regarding documents for filing. | 0.20 | 100.00 | 20.00 |
| 02-20-2020 | KJS | Review and respond to client's email. x4. | 0.20 | 100.00 | 20.00 |
| 02-20-2020 | KJS | Prepare bankruptcy schedules for case filing. | 0.90 | 100.00 | 90.00 |
| 02-24-2020 | KJS | Email with client regarding credit counseling certificate. | 0.10 | 100.00 | 10.00 |
| 02-26-2020 | KJS | Prepare bankruptcy documents for filing. | 0.30 | 100.00 | 30.00 |
| 02-26-2020 | KJS | Email with client regarding documents for filing. x2 | 0.20 | 100.00 | 20.00 |
| 02-27-2020 | KJS | Meet with client regarding documents required for filing. | 0.80 | 100.00 | 80.00 |
| 02-27-2020 | GJW | Conference with client concerning bankruptcy petition and documents for filing. | 1.90 | 320.00 | 608.00 |
| | | | 7.20 | | 1,138.00 |
| B503 - Independent Verification of Information | | | | | |
| 02-18-2020 | KJS | Exercise due diligence by examining original documents. | 0.20 | 100.00 | 20.00 |
| 02-19-2020 | KJS | Exercise due diligence by preparing schedules E/F for case filing. | 0.50 | 100.00 | 50.00 |
| 02-19-2020 | KJS | Exercise due diligence by preparing schedules A/B for case filing. | 1.20 | 100.00 | 120.00 |
| 02-19-2020 | KJS | Exercise due diligence via online research. | 0.20 | 100.00 | 20.00 |
| 02-20-2020 | KJS | Analyze and prepare chart of client's income. | 0.40 | 100.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| **B503 - Independent Verification of Information** | | | | | |
| 02-20-2020 | KJS | Exercise due diligence by examining original documents. | 0.40 | 100.00 | 40.00 |
| 02-20-2020 | GJW | Review documents and analyze case issues. | 0.20 | 320.00 | 64.00 |
| 02-26-2020 | KJS | Exercise due diligence by examining original documents. | 0.50 | 100.00 | 50.00 |
| 02-27-2020 | KJS | Exercise due diligence by examining original documents. | 0.50 | 100.00 | 50.00 |
| 02-27-2020 | GJW | Prepare for signing. | 0.50 | 320.00 | 160.00 |
| | | | 4.60 | | 614.00 |
| **B510 - 341 Preparation and Attendance** | | | | | |
| 05-01-2020 | GJW | Review documents and analyze issues regarding amended meeting of creditor notice. | 0.20 | 320.00 | 64.00 |
| 05-01-2020 | GJW | Letter to client regarding amended meeting of creditor notice. | 0.30 | 320.00 | 96.00 |
| 05-22-2020 | GJW | Telephone call with client regarding meeting of creditors. | 0.10 | 320.00 | 32.00 |
| 05-22-2020 | GJW | Review documents and analyze issues regarding meeting of creditors; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 05-26-2020 | GJW | Prepare for meeting of creditors. | 0.60 | 320.00 | 192.00 |
| 05-26-2020 | GJW | Telephone call with client regarding meeting of creditors issues. | 0.20 | 320.00 | 64.00 |
| 05-26-2020 | GJW | Appear with debtor at meeting of creditors. | 0.50 | 320.00 | 160.00 |
| | | | 2.10 | | 672.00 |
| **B520 - Claim Administration and Claim** | | | | | |
| 03-16-2020 | GJW | Review documents and analyze issues regarding correspondence from Caliber. | 0.10 | 320.00 | 32.00 |
| 04-08-2020 | GJW | Review documents and analyze issues regarding correspondence from Caliber. | 0.10 | 320.00 | 32.00 |
| 05-20-2020 | GJW | Review documents and analyze issues regarding Caliber Home Loans proof of claim. | 0.20 | 320.00 | 64.00 |
| 06-30-2020 | GJW | Review documents and analyze issues regarding Notice of Post-Petition Fees; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 07-02-2020 | GJW | Review documents and analyze issues regarding correspondence from Caliber Home Loans. | 0.10 | 320.00 | 32.00 |
| 08-17-2020 | GJW | Review documents and analyze issues regarding Notice of Post-Petition Mortgage Fees. | 0.10 | 320.00 | 32.00 |
| 09-15-2020 | GJW | Analyze issues regarding filed claims. | 0.10 | 320.00 | 32.00 |
| 09-15-2020 | GJW | Letter to client regarding filed claims. | 0.10 | 320.00 | 32.00 |
| 09-15-2020 | KTW | Review notice of filed claims and analyze issues regarding plan funding. | 0.80 | 220.00 | 176.00 |
| | | | 1.80 | | 496.00 |
| **B530 - Original Plan, Hearings, Objections** | | | | | |
| 06-01-2020 | GJW | Conference with client concerning plan issues, amending schedules. | 0.60 | 320.00 | 192.00 |
| 06-01-2020 | GJW | Review e-mail and documents and analyze issues regarding order confirming plan; prepare same; e-mail trustee regarding same. | 0.30 | 320.00 | 96.00 |
| 06-12-2020 | KJS | Review order confirming plan and analyze issues regarding plan requirements. | 0.10 | 100.00 | 10.00 |
| 06-22-2020 | GJW | Review documents and analyze issues regarding correspondence from the Chapter 13 trustee. | 0.10 | 320.00 | 32.00 |
| | | | 1.10 | | 330.00 |
| **B531 - 1st Amended or Modified Plan, Motions, Objections** | | | | | |
| 05-27-2020 | GJW | Review e-mail and e-mail client regarding plan modification meeting. | 0.10 | 320.00 | 32.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| **B531 - 1st Amended or Modified Plan, Motions, Objections** | | | | | |
| 05-31-2020 | GJW | Review e-mail and e-mail client regarding meeting. | 0.10 | 320.00 | 32.00 |
| 06-01-2020 | KJS | File supplemental schedules I and J with the court. | 0.20 | 100.00 | 20.00 |
| 06-26-2020 | GJW | Review e-mail (x2) and documents regarding modified plan options, motion to dismiss; analyze issues regarding same; e-mail client (x3) regarding same. | 0.40 | 320.00 | 128.00 |
| 06-29-2020 | GJW | Review e-mail regarding income, plan issues. | 0.10 | 320.00 | 32.00 |
| 06-29-2020 | GJW | Conference with client concerning plan modification, response to motion to dismiss. | 1.30 | 320.00 | 416.00 |
| 06-29-2020 | GJW | Prepare documents for plan modification. | 0.40 | 320.00 | 128.00 |
| 06-29-2020 | GJW | E-mail client regarding plan payments. | 0.10 | 320.00 | 32.00 |
| 08-10-2020 | GJW | Review documents and analyze issues regarding court's predisposition, plan payments; e-mail trustee's office and review e-mail regarding same. | 0.40 | 320.00 | 128.00 |
| 08-11-2020 | GJW | Analyze issues regarding Court Call confirmation. | 0.10 | 320.00 | 32.00 |
| 08-12-2020 | GJW | Review documents and analyze issues regarding withdrawal of motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 08-21-2020 | GJW | Review e-mail and documents and analyze issues regarding order confirming First Modified Plan; prepare same; e-mail trustee's office regarding same. | 0.30 | 320.00 | 96.00 |
| 09-08-2020 | KJS | Review order confirming first modified plan and analyze issues regarding plan requirements. | 0.10 | 100.00 | 10.00 |
| | | | 3.70 | | 1,118.00 |
| **B532 - 2nd Amended or Modified Plan, Motions, Objections** | | | | | |
| 12-04-2020 | GJW | Review e-mail and e-mail client regarding plan modification, meeting. | 0.20 | 320.00 | 64.00 |
| 12-08-2020 | GJW | Review e-mail and e-mail client regarding meeting issues. | 0.10 | 320.00 | 32.00 |
| 12-09-2020 | GJW | Conference with client concerning Second Modified Plan. | 1.10 | 320.00 | 352.00 |
| 12-09-2020 | GJW | Prepare supporting documents for plan confirmation; instruct staff regarding same. | 0.50 | 320.00 | 160.00 |
| | | | 1.90 | | 608.00 |
| **B540 - Motions to Dismiss** | | | | | |
| 06-05-2020 | GJW | Review documents and analyze issues regarding motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 06-05-2020 | GJW | E-mail client regarding motion to dismiss (x2); review e-mail regarding same. | 0.30 | 320.00 | 96.00 |
| 06-05-2020 | GJW | Letter to client regarding motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 06-29-2020 | GJW | Prepare opposition to trustee's motion to dismiss. | 0.20 | 320.00 | 64.00 |
| 07-08-2020 | GJW | Analyze issues regarding Notice of Default. | 0.10 | 320.00 | 32.00 |
| 07-08-2020 | GJW | E-mail client regarding Notice of Default, withdrawal; review e-mail regarding same. | 0.10 | 320.00 | 32.00 |
| 07-15-2020 | GJW | Review documents and analyze issues regarding court's predisposition continuing hearing on motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 07-16-2020 | GJW | E-mail client regarding continuation of hearing on motion to dismiss. | 0.10 | 320.00 | 32.00 |
| 08-12-2020 | GJW | Appear in court regarding motion to dismiss, plan modification. | 0.50 | 320.00 | 160.00 |
| 08-12-2020 | GJW | E-mail client regarding plan modification. | 0.10 | 320.00 | 32.00 |
| 11-06-2020 | GJW | Letter to client regarding Notice of Default. | 0.10 | 320.00 | 32.00 |
| 11-30-2020 | GJW | Review documents and analyze issues regarding payments on Notice of Default. | 0.10 | 320.00 | 32.00 |
| 11-30-2020 | GJW | E-mail client regarding Notice of Default, case issues (x2). | 0.20 | 320.00 | 64.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| **B540 - Motions to Dismiss** | | | | | |
| 12-02-2020 | GJW | Review e-mail and analyze issues regarding Notice of Default. | 0.10 | 320.00 | 32.00 |
| 12-02-2020 | GJW | Telephone call with client regarding Notice of Default. | 0.30 | 320.00 | 96.00 |
| | | | 2.50 | | 800.00 |
| **B570 - Fee Applications** | | | | | |
| 11-04-2020 | KJS | Draft interim fee applications and supporting documents. | 1.10 | 100.00 | 110.00 |
| 11-07-2020 | GJW | Prepare interim fee application; review documents and analyze issues regarding same; draft narrative regarding same. | 1.10 | 320.00 | 352.00 |
| 11-13-2020 | KJS | Revise interim fee application and supporting documents. | 0.20 | 100.00 | 20.00 |
| 12-02-2020 | GJW | Review documents and analyze issues regarding fee application issues. | 0.20 | 320.00 | 64.00 |
| 12-02-2020 | KJS | Revise interim fee application and supporting documents. | 0.70 | 100.00 | 70.00 |
| 12-08-2020 | KJS | Revise interim fee application and analyze hearing date in light of court deadlines. | 0.20 | 100.00 | 20.00 |
| | | | 3.50 | | 636.00 |
| **B590 - Case Administration** | | | | | |
| 02-27-2020 | KJS | File bankruptcy petition with the court. | 0.30 | 100.00 | 30.00 |
| 02-27-2020 | KJS | Draft and send fax (x3) to foreclosure company regarding bankruptcy filing. | 0.40 | 100.00 | 40.00 |
| 02-27-2020 | GJW | Letter to attorney regarding filing. | 0.10 | 320.00 | 32.00 |
| 03-04-2020 | KJS | Prepare and email client regarding trustee documents. | 0.70 | 100.00 | 70.00 |
| 03-05-2020 | KJS | Prepare 521 documents for the trustee's review. | 0.10 | 100.00 | 10.00 |
| 03-10-2020 | KJS | Upload to trustee's website and email trustee's staff regarding 521 documents. | 0.20 | 100.00 | 20.00 |
| 03-16-2020 | GJW | Letter to client regarding debt collection evidence recording. | 0.10 | 320.00 | 32.00 |
| 03-16-2020 | GJW | Review documents and analyze issues regarding correspondence from Wells Fargo. | 0.10 | 320.00 | 32.00 |
| 04-02-2020 | GJW | Review e-mail and documents regarding correspondence received; analyze issues and e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 04-15-2020 | KJS | Attempt call, email, and respond to client's email regarding debtor educational certificate. | 0.10 | 100.00 | 10.00 |
| 05-26-2020 | KJS | Upload declaration regarding client's identification documents to the trustee's website. | 0.10 | 100.00 | 10.00 |
| 05-26-2020 | GJW | Telephone call and videoconference with client regarding ID documents. | 0.20 | 320.00 | 64.00 |
| 05-26-2020 | GJW | Review e-mail and documents and analyze issues regarding affidavit of IDs; prepare same; e-mail trustee's office regarding same. | 0.30 | 320.00 | 96.00 |
| 09-17-2020 | KJS | Telephone call (left message too) and email with client regarding Debtor Educational Certificate. | 0.10 | 100.00 | 10.00 |
| 10-02-2020 | KJS | Telephone call and email with client regarding Debtor Educational Certificate. | 0.10 | 100.00 | 10.00 |
| 10-03-2020 | GJW | Review documents and e-mail and analyze issues regarding the debtor's education certificate. | 0.10 | 320.00 | 32.00 |
| 10-05-2020 | KJS | File debtor educational certificate with the court. | 0.10 | 100.00 | 10.00 |
| 11-30-2020 | GJW | Review documents and analyze issues regarding correspondence from settlement administration. | 0.20 | 320.00 | 64.00 |
| | | | 3.50 | | 636.00 |
| | | | **Total** | | 7,496.00 |

## Time Summary

| Task | Hours | Amount |
|------|-------|--------|
| B501 - Pre-petition Consultation and Fact Gathering | 1.40 | 448.00 |
| B502 - Preparation of Voluntary Petition, Schedules & Form 22C | 7.20 | 1,138.00 |
| B503 - Independent Verification of Information | 4.60 | 614.00 |
| B510 - 341 Preparation and Attendance | 2.10 | 672.00 |
| B520 - Claim Administration and Claim | 1.80 | 496.00 |
| B530 - Original Plan, Hearings, Objections | 1.10 | 330.00 |
| B531 - 1st Amended or Modified Plan, Motions, Objections | 3.70 | 1,118.00 |
| B532 - 2nd Amended or Modified Plan, Motions, Objections | 1.90 | 608.00 |
| B540 - Motions to Dismiss | 2.50 | 800.00 |
| B570 - Fee Applications | 3.50 | 636.00 |
| B590 - Case Administration | 3.50 | 636.00 |
| **Total Fees** | | 7,496.00 |

**Total for this Invoice**          8,142.25

# EXHIBIT D



Peter L. Fear | pfear@fearlaw.com
Gabriel J. Waddell | gwaddell@fearlaw.com
Peter A. Sauer | psauer@fearlaw.com
Katie Waddell | kwaddell@fearlaw.com

# Fear Waddell, PC

**ATTORNEY-CLIENT FEE AGREEMENT**
**BANKRUPTCY-CHAPTER 13**

1. **IDENTIFICATION OF PARTIES:**

This agreement, executed in duplicate with each party receiving an executed original, is made between the Fear Waddell, P.C., 7650 N. Palm Avenue, Ste. 101, Fresno, California 93711, here and after referred to as "Attorney" and Jennifer Schultz, referred to here and after as "Client". The provisions of this agreement are intended to be consistent with the requirements of Business and Professions Code Sec. 6148.

2. **SERVICES TO BE PROVIDED:**

Client hereby retains the law attorney to provide services for a Chapter 13 debt rescheduling with the objective of obtaining confirmation of a Chapter 13 debt payment plan. Attorney is being retained to undertake all routine efforts to obtain confirmation, regardless of whether or not a plan is actually confirmed, an attorney makes no guarantee that a plan will be confirmed. Attorney shall be responsible for representing the debtor on all matters arising in the Chapter 13 case, including motions for relief in the automatic stay, motions to avoid liens, objections to claims, and adversary proceedings, unless otherwise agreed. Attorney will not be representing Client in any non-bankruptcy matter.

3. **TERMINATION OF LEGAL REPRESENTATION:**

Representation by attorney may be terminated due to client's inability to pay additional legal services, lack of feasibility of the plan, lack of client cooperation, failure of client to perform his or her duties, bad faith on the part of the client, or other good cause. Attorney may refuse to undertake services which, in the opinion of attorney, are not feasible, practical, necessary, ethical or well founded in fact or law, or which would unnecessarily add to the expense of the case. In some instances client may need to consult an outside professional, i.e., a CPA, Family Law Attorney, Tax Attorney, Probate Attorney depending on the matter that may arise from the Chapter 13 filing. This agreement is only effective to bind attorney as long as bankruptcy law remains unchanged and client returns the questionnaire with 14 days of the date attorney signs this agreement.

4. **FEES:**

**Pre-Petition Fee:** The fees for this Chapter 13 case are broken into two parts, the pre-petition minimum fee and the post-petition fees. The pre-petition fee is a minimum fee to cover services prior to the filing of the bankruptcy case, and is earned upon receipt and is non-refundable. The pre-petition minimum fee will be drawn down by the attorney prior to filing of the bankruptcy case. Attorney will keep track of billable hours spent on the case pre-petition at Attorney's hourly rates at the time services

*February 12, 2020*
*Page 2*

are provided. Should the amount of the time spent on the case pre-petition exceed the pre-petition minimum fee, Attorney will seek authorization for those fees to be paid through the Chapter 13 Plan as provided below. The amount of the pre-petition fee is $3,690. This amount, plus the court filing fee of $310, for a total of $4,000, must be paid in full before the case is filed. The post-petition fees will be handled as described below.

**Post-Petition Fees:** Attorney will keep track of billable hours spent on the case pre-petition and post-petition and will seek court approval for payment of those fees and any expenses incurred by Attorney in the representation of Client. All fees will be at Attorney's hourly rates at the time services are provided.Absent agreement to the contrary, upon court approval those fees will be paid out of the funds Client pays to the Chapter 13 Trustee or funds held in trust by Attorney for Client. If pre-petition fees have been incurred over the pre-petition minimum fee, Attorney will also seek authorization for those fees above the minimum fee to be paid as part of a post-petition fee application. In unusual circumstances, Attorney may agree to allow part of such fees and/or expenses to be paid after discharge.

5. **COSTS:**

Client and Attorney agree that Client shall be responsible for payment of all case filing and office-related "costs" as may be incurred in connection with Attorney's representation of Client under this agreement. Client is specifically advised that "costs" for this representation may include but are not limited to, court filing fees, deposition and transcript costs, certifications, recording fees, witness fees, subpoenas and other process server fees, expert fees and expenses, investigation and retrieval costs, long-distance telephone charges, postage and messenger service fees, electronic research service charges, photocopying expenses and fax charges.

6. **RIGHT TO RAISE OBJECTION TO FEES:**

The client has the right to object to any fees or expenses billed in the case. The client may raise any objection he or she has with the attorney. Furthermore, in the event attorney is required to make a court approval of fees, the client has the right to appear at the court hearing and voice any objections he or she may have regarding them. However, attorney would ask that any such objections be brought to the personal attention of Mr. Waddell first, to give him the opportunity to discuss them with client before being transmitted to the Court or the U.S. Trustee's office.

7. **NON-REFUNDABLE FEES:**

Consultation fees, if any, are non-refundable. In the event client changes his or her mind before research or paper work or other services are started, the sum of $375 of the retainer shall be non-fundable for a consumer case, and $500 for a Business Case. If services are started and the client changes his/her mind before filing, an additional fee of $250 will be non-refundable in addition to the hourly fees for services. If paperwork has been started or finished and client requests a refund, attorney will prepare an itemized invoice of all services performed; there may or may not be a refund depending on the amount of work performed.

*February 12, 2020*
*Page 3*

**8. SECURITY FOR BALANCE OF COMPENSATION AND EXPENSES:**

    a) Payment of Fees if Case is Dismissed:
        If Clients' petition is dismissed or is converted to a petition under Chapter 7 prior to confirmation, Clients agree that any funds paid to the trustee shall be distributed directly to Fear Waddell, P.C., pursuant to 11 U.S.C. §1326(a)(2).

    b) Permission to cash trustee checks for unpaid fees:
        Some cases are dismissed before the balance of attorney's fees, if any, have been paid through the plan. In such event the trustee will usually mail, care of our office, a refund check made payable to client. If this case is dismissed before confirmation, client grants attorney permission to endorse and deposit such checks into attorneys trust account and to withdraw from such fees the balance owed on attorneys fee and cost for this case. Any balance shall be remitted to client.

    c) Lien against funds on deposit:
        Client hereby gives the attorney a security interest and lien in any funds on deposit with attorney, or being held by a bankruptcy trustee, on account of legal fees and expenses, pursuant California Commercial Code Sec. 9305.

**9. ADDITIONAL FEES:**

Attorney may charge additional fees for special, unusual, unforeseen, complex, non-routine or time-consuming tasks. Examples of such tasks include (but are not limited to) the following:

    a) **CHANGES:** Additions, deletions, changes or any amendments to papers before or after the petition or plan is filed;

    b) **COURT APPEARANCES:** Additional court appearances or meetings of creditors made necessary by client's request, client's failure to appear at scheduled court appearances, client's failure to perform duties or provide requested documents or information prior to the hearing, or unforeseen problems of any nature causing a hearing to be continued to anther date.

    c) **DISPUTED MATTERS:** Any aspect of the case that is contested in court or is in response to an investigation, motions, objection, adversary matters or conduct by creditors (e.g. RELIEF FROM STAY HEARINGS, MOTIONS TO DISMISS THE CASE, RULE 2004 EXAMINATIONS, OBJECTIONS TO CLAIMS, OBJECTION T CONFIRMATION, DEALING WITH CREDITORS WHO VIOLATE THE AUTOMATIC STAY, ETC.)or matters that require Attorney to litigate or negotiate with creditors, the trustee or others, or file motions, objections or complaints, or respond to motions, objections or complaints in order to settle the disputes, or requiring assistance at rest of client to resolve problems not part of the ordinary bankruptcy processing routine.

    d) **DIVORCE:** If after the attorney is retained by client, clients experience marital problems which lead to divorce, a marital separation or otherwise cause attorney to expend additional time counseling the clients individually, there will be an additional charge on the initial retainer fee. If the marital problems cause an actual conflict of interest the firm shall be released as attorney for both clients.

    e) **UNCOOPERATIVE CREDITORS:** Client must be aware that a creditor, including a mortgage holder, judgment creditor, the IRS or others may violate the automatic stay and attempt to collect a pre-petition debt from you. The firm cannot guarantee that creditors will obey the

*February 12, 2020*
*Page 4*

bankruptcy laws. Efforts required to bring uncooperative creditors into compliance may incur additional fees. Please remember that you should not use any credit cards and should not make any payments on credit card accounts after retaining this office.

f) **TIME CONSUMING TASKS:** All time is billable. The estimated fee quoted in this fee agreement is based on the average amount of time required to process a routine case. However, any task, whether routine or non routine, requiring an unusual amount of time to complete will incur billable time which may exceed the estimated fee.

## 10. FEE RATES:

All billable time will be subject to court approval, and shall be billed at the rate of $360 per hour for attorney time. This rate may be adjusted periodically, usually at the beginning of every year. Any emergency filing, or filing that is prepared on a weekend, evening or holiday will incur additional fees. For such services will be an additional $25 over the regular hourly rate. For purpose of this paragraph (evening) shall be any work after 5:30 p.m.

## 11. COURT APPROVAL:

Bankruptcy court approval shall be required before additional fees will be paid by Client.

## 12. DISCLAIMER OF GUARANTEE:

Although attorney may offer an opinion of possible results regarding the subject matter of this agreement, attorney cannot guarantee any particular result. Client acknowledges that attorney has made no promises about the outcome and that any opinion offered by attorney in the future will not constitute a guarantee. Where the filing is an emergency filing and taxes are owed but the amounts of discharge ability are uncertain, client agrees to waive all responsibility to the firm for any tax amount discrepancies or failure to discharge that may arise after filing. This applies to all emergency cases.

## 13. PRE-FILING CREDIT COUNSELING AND POST-FILING DEBTOR EDUCATION:

Please remember that you will need to complete a credit counseling course before your bankruptcy case can be filed. Our clients have had good results using the credit counseling offered by Credit.org (www.bkhelp.org, 888-425-3453) or Cricket Debt Counseling (www.cricketdebt.com, 866-719-0400). We will need to file a certificate with the court demonstrating that you have complied with this requirement. After filing your bankruptcy petition, you will need to complete a financial education course. You can use the same companies mentioned above. A certificate proving that you have completed the financial education course must be filed no later than 45 days after the meeting of creditors (usually held about 35 days after your petition is filed). Consequently, you should complete the financial education course as soon as possible and provide me with the certificate no later than 30 days after your petition is filed or at least before your meeting of creditors.

*February 12, 2020*
*Page 5*

**14. NOTICE REGARDING FUNDS IN BANK OR CREDIT UNION ACCOUNTS:**

You will not want to have any more than a nominal amount of money on deposit with financial institutions to whom you owe money at the time of bankruptcy, so that they do not freeze your accounts upon learning that you have filed bankruptcy. If you have an account at a credit union, please let me know as you may need to close that account before filing bankruptcy.

**15. RECEIPT OF NOTICES:**

By signing below, you are acknowledging receipt from Attorney at the time this contract was provided of the following notices:

1. BAPCPA REQUIRED NOTICE NO. 1 (§ 342(b)(1) and 527(a)(1) of the Bankruptcy Code)
2. BAPCPA REQUIRED NOTICE NO. 2 (§ 527(a)(2) of the Bankruptcy Code)
3. BAPCPA REQUIRED NOTICE NO. 3 (§ 342(b)(2) of the Bankruptcy Code)
4. BAPCPA REQUIRED NOTICE NO. 4 (§ 527(b) of the Bankruptcy Code)

**16. SEVERABILITY IN EVENT OF PARTIAL INVALIDITY:**

If any provision of this agreement is held in whole or in part to be unenforceable for any reason the remainder of that provision and of the entire agreement will be severable and remain in effect.

Date: 2/12/2020

_____
Jennifer Schultz

FEAR WADDELL, P.C.

Date: 2/10/2020

By: _____
Gabriel J. Waddell

# EXHIBIT

# E

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>JENNIFER ELLEN SCHULTZ,<br><br><br><br>Debtor(s). | Case No.: 20-10691-A-13<br><br>DCN: FW-2<br><br>Chapter 13<br><br>EXHIBIT E: CLIENT APPROVAL OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331<br><br>DATE:  January 28, 2021<br>TIME:  9:30 a.m.<br>PLACE: U.S. Courthouse, 5th Floor<br>　　　　2500 Tulare Street<br>　　　　Fresno, California 93721<br>JUDGE: Honorable Jennifer E. Niemann |

I, JENNIFER ELLEN SCHULTZ, am a debtor in the above-entitled matter. I have read the fee application of FEAR WADDELL, P.C. and approve the same.

_____
JENNIFER ELLEN SCHULTZ, Debtor

12/17/2020
Date