UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| IN RE: JENNIFER ELLEN SCHULTZ | CASE NO: 20-10691-A-13 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. FW-2 |
| | Judge: Hon. Jennifer E. Niemann |
| | Hearing Location: Dept. A, Courtroom 11, 5th Floor, United States Courthouse, 2500 Tulare St., Fresno, California 93721 |
| | Hearing Date: January 28, 2021 |
| | Hearing Time: 9:30 a.m. |

On 12/22/2020, a copy of the following documents, described below,

INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331 ECF Docket Reference No. FW-2

NOTICE OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331

EXHIBITS FOR INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/22/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gabriel J. Waddell
Fear Waddell, P.C.
7650 N. Palm Avenue, Suite 101
Fresno, CA  93711

Filed 12/22/20          Case 20-10691          Doc 67

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
OFFICE OF THE UNITED STATES TRUSTEE      MICHAEL H. MEYER               JENNIFER SCHULTZ
UNITED STATES COURTHOUSE                 CHAPTER 13 TRUSTEE             1422 VIA FRAGA
2500 TULARE STREET STE 1401              PO BOX 28950                   GUSTINE CALIFORNIA 95322
FRESNO CALIFORNIA  93721-1326            FRESNO CA 93729-8950


BARRETT DAFFIN FRAPPIER TREDER & WEISS   SYNCHRONY BANK
LLP                                      C/O PRA RECEIVABLES MANAGEMENT LLC
4004 BELT LINE RD STE. 100               PO BOX 41021
ADDISON TX 75001                         NORFOLK VA 23541
```