UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| IN RE:  JENNIFER ELLEN SCHULTZ | CASE NO: 20-10691-A-13 |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 13 <br> ECF Docket Reference No. FW-2 <br> Judge: Hon. Jennifer E. Niemann <br> Hearing Location: Dept. A, Courtroom 11, 5th Floor, United States Courthouse, 2500 Tulare St., Fresno, California 93721 <br> Hearing Date: January 28, 2021 <br> Hearing Time: 9:30 a.m. |

On 12/22/2020, a copy of the following documents, described below,

NOTICE OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331 ECF Docket Reference No. FW-2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/22/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gabriel J. Waddell
Fear Waddell, P.C.
7650 N. Palm Avenue, Suite 101
Fresno, CA  93711

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09721<br>CASE 20-10691<br>EASTERN DISTRICT OF CALIFORNIA<br>FRESNO<br>TUE DEC 22 09-44-35 PST 2020 | AMANDA SCHULTZ<br>1422 VIA FRAGA<br>GUSTINE CA 95322-1363 | BARRETT DAFFIN FRAPPIER TREDER WEISS<br>3990 E CONCOURS STREET SUITE 350<br>ONTARIO CA 91764-7971 |
| BARRETT DAFFIN FRAPPIER TREDER WEISS<br>4004 BELT LANE ROAD SUITE 100<br>ADDISON TX 75001-4320 | CALIBER HOME LOAN<br>715 S METROPOLITAN<br>OKLAHOMA CITY OK 73108-2088 | CALIBER HOME LOAN<br>PO BOX 24610<br>OKLAHOMA CITY OK 73124-0610 |
| CALIBER HOME LOANS INC<br>PO BOX 650856<br>DALLAS TX 75265-0856 | CALIBER HOME LOANS INC<br>3701 REGENT BLVD SUITE 180<br>IRVING TX 75063-2312 | CALIBER HOME LOANS INC<br>BARRETT DAFFIN FRAPPIER TREDER  WEISS<br>4004 BELT LINE RD 100<br>ADDISON TX 75001-4320 |
| CALIBER HOME LOANS INC<br>13801 WIRELESS WAY<br>OKLAHOMA CITY OK 73134-2500 | CAPITAL COMMUNITY BANK<br>15400 SHERMAN WAY SUITE 170<br>VAN NUYS CA 91406-4272 | CAPITAL COMMUNITY BANK<br>3280 N UNIVERSITY AVE<br>PROVO UT 84604-4405 |
| CAPITAL COMMUNITY BANK<br>C O LOANMART<br>PO BOX 8075<br>VAN NUYS CA 91409-8075 | CAPITAL COMMUNITY BANK CO LOANMART<br>15400 SHERMAN WAY STE 170<br>VAN NUYS CA 91406-4272 | CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 |
| CAPITAL ONE BANK<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK USA NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 |
| CHRYSLER CAPITAL<br>PO BOX 961212<br>FORT WORTH TX 76161-0212 | CHRYSLER CAPITAL<br>PO BOX 961275<br>FT WORTH TX 76161-0275 | CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 |
| CREDIT COUNSELING SERVICES INC<br>PO BOX 5879<br>SALINAS CA 93915-5879 | DEPARTMENT OF VETERANS AFFAIRS<br>PO BOX 3978<br>PORTLAND OR 97208-3978 | ERICH SCHULTZ<br>2058 IMPERIAL AVE<br>DAVIS CA 95616-3167 |
| JONATHAN VALIQUETTE<br>1422 VIA FRAGA<br>GUSTINE CA 95322-1363 | LOANMART<br>PO BOX 845788<br>LOS ANGELES CA 90084-5788 | MUFG UNION BANK N A<br>PO BOX 85443<br>SAN DIEGO CA 92186-5443 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MUFG UNION BANK NA                    MERRICK BANK                          MERRICK BANK
C O WEINSTEIN  RILEY PS               PO BOX 660702                         PO BOX 9201
2001 WESTERN AVENUE STE 400           DALLAS TX 75266-0702                  OLD BETHPAGE NY 11804-9001
SEATTLE WA 98121-3132



                                      EXCLUDE                               EXCLUDE
MERRICK BANK                          MICHAEL H MEYER                       OFFICE OF THE US TRUSTEE
RESURGENT CAPITAL SERVICES            PO BOX 28950                          UNITED STATES COURTHOUSE
PO BOX 10368                          FRESNO CA 93729-8950                  2500 TULARE STREET ROOM 1401
GREENVILLE SC 29603-0368                                                    FRESNO CA 93721-1326



                                      DEBTOR
PAYPAL CREDIT SYNCB                   JENNIFER ELLEN SCHULTZ                SUNNOVA ENERGY CORPORATION
PO BOX 960006                         1422 VIA FRAGA                        ATTN ATTN LEGAL DEPARTMENT
ORLANDO FL 32896-0006                 GUSTINE CA 95322-1363                 20 EAST GREENWAY PLAZA
                                                                            475
                                                                            HOUSTON TX 77046-2015



SYNCHRONY BANK                        TD BANK USA NA                        TARGET CARD SERVICE
CO PRA RECEIVABLES MANAGEMENT LLC     C O WEINSTEIN  RILEY PS               PO BOX 660170
PO BOX 41021                          2001 WESTERN AVENUE STE 400           DALLAS TX 75266-0170
NORFOLK VA 23541-1021                 SEATTLE WA 98121-3132



CITIBANK                              THE HOME DEPOT CBNA                   EDWARD A TREDER
PO BOX 790034                         5800 SOUTH CORPORATE PLACE            3990 E CONCOURS STEET SUITE 350
ST LOUIS MO 63179-0034                SIOUX FALLS SD 57108-5027             ONTARIO CA 91764-7971



US DEPT OF EDUCATION GL               UNION BANK                            VA PALO ALTO HEALTH CARE SYSTEMS 640
2401 INTERNATIONAL                    PO BOX 650349                         3801 MIRANDA AVE
PO BOX 7859                           DALLAS TX 75265-0349                  PALO ALTO CA 94304-1290
MADISON WI 53707-7859



EXCLUDE
GABRIEL J WADDELL                     WELLS FARGO BANK NA                   WELLS FARGO CARD SERVICE
7650 NORTH PALM AVENUE SUITE 101      WELLS FARGO CARD SERVICES             CREDIT BUREAU DISPUTE RESOLUTION
FRESNO CA 93711-5793                  PO BOX 10438 MAC F8235-02F            PO BOX 14517
                                      DES MOINES IA 50306-0438              DES MOINES IA 50306-3517



WELLS FARGO CARD SERVICES
PO BOX 10347
DES MOINES IA 50306-0347
```

THE FOLLOWING ENTITIES WERE SERVED VIA THE "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

(Debtor)
Jennifer Ellen Schultz
1422 Via Fraga
Gustine, CA 95322
represented by:
Gabriel J. Waddell
7650 North Palm Avenue, Suite 101
Fresno, CA 93711

(U.S. Trustee)
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

(Trustee)
Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

(Creditor)
Caliber Home Loans, Inc.
Barrett Daffin Frappier Treder & Weiss
4004 Belt Line Rd #100
Addison, TX 75001
represented by:
Edward A. Treder
3990 E. Concours Steet, Suite 350
Ontario, CA 91764